AO241
(Rev'82)

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY PERSON IN STATE CUSTODY

# United States District Court

District: Eastern

Name: Rocaldo Weiters   Prisoner No.: 536046   Docket No.: 16-14945 SECT.N MAG4

Place of Confinement: Louisiana State Penitentiary, Angola, LA 70712

Name of Petitioner (include name upon which convicted): Rocarido Weiters (A "Protective Habeas" Proceeding pursuant Holland v. Florida, 130 S.Ct. 25, 49) (U.S. 2010)

Name of Respondent (authorized person having custody of petitioner): Darrel Vannoy, Warden LSP

The Attorney General of the State of: Louisiana, Mr. Jeff Landry

## PETITION

1. Name and location of court which entered the judgment of conviction under attack: 22nd Judicial District Court.

2. Date of Judgment of conviction: March 2, 2011

3. Length of sentence: 44½ years without benefits

4. Nature of offenses involved (all counts): Armed Robbery (R.S. 14:64)

5. What was your plea? (Check one)
   (a) Not Guilty [X]
   (b) Guilty [ ]
   (c) Nolo contendere [ ]

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6. Kind of trial: (Check one)
   (a) Jury [X]
   (b) Judge only [ ]

7. Did you testify at the trial? Yes [ ] No [X]

8. Did you appeal from the judgment of conviction? Yes [X] No [ ]

TENDERED FOR FILING
SEP 23 2016
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

✓ Fee Pauper
___ Process
X Dktd
___ CtRmDep
___ Doc. No.

(2)

AO241
(Rev 5/82)

(c) At trial: Racheal Yazbeck, 321 North Vermont St., Suite 202, Covington, La. 70433

(d) At sentencing:: Racheal Yazbeck, 321 North Vermont St., Suite 202, Covington, La. 70433

(e) On Appeal: Frank Sloan, 948 Winona Dr., Mandeville, La. 70401

(f) In any post conviction proceeding: Gregory M. Thompson (29007) 4920 Canal Street, N.O., La. 70119

(g) On appeal from any adverse ruling in a post-conviction proceeding:
Gregory M. Thompson (29007) 4920 Canal Street, N.O., La. 70119

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?

Yes ☐   No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?

Yes ☐   No ☒

(a) If so, give name and location of court which imposed sentence to be served in the future: _____
Not Applicable

(b) Give date and length of the above sentence: Not Applicable

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?

Yes ☐   No ☐

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

_____
Date

_____
Signature of Petitioner

(7)

AO241
(Rev.)

9. If you did appeal, answer the following:

    (a) Name of Court:   1st Circuit Court of Appeal

    (b) Result:   Relief denied

    (c) Date of result:   June 13, 2012

    (d) Grounds raised:   IAC by Appellate Counsel; failure to object to other crimes evidence, failure to object to hearsay testimony. In Petitioner's Pro Se supplemental brief: Inadmissible Use of Other Crimes Evidence, Insufficiency of Evidence.

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?

    Yes [X]   No [ ]

11. If your answer to 10 was "yes" give the following information:

    (a)   (1) Name of court:   22nd JDC, Parish of St. Tammany

        (2) Nature of proceeding:   Post-Conviction Relief

        (3) Grounds raised:   IAC (failure to call co-defendant to testify, failure to transmit or negotiate a plea agreement, denial of right to testify, failure to object to jury instructions, improper jury instructions; actual innocence

        (4) Did you receive, an evidentiary hearing on your petition, application or motion?

        Yes [ ]   No [X]

        (5) Result:

        (6) Date of result:

    (b) As to any second petition, application or motion give the same information.

        (1) Name of court:   Not Applicable

        (2) Nature of proceeding:   Not Applicable

AO241
(7/6/82)

    (3)  Grounds raised:  Not Applicable

    (4)  Did you receive, an evidentiary hearing on your petition, application or motion?
        Yes ☐   No ☐

    (5)  Result:  Not Applicable

    (6)  Date of result:  Not Applicable

(c)  As to any third petition, application or motion give the same information.

    (1)  Name of court:  Not Applicable

    (2)  Nature of proceeding:  Not Applicable

    (3)  Grounds raised:  Not Applicable

    (4)  Did you receive, an evidentiary hearing on your petition, application or motion?
        Yes ☐   No ☐

    (5)  Result:  Not Applicable

    (6)  Date of result:  Not Applicable

(d)  Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?

    (1) First petition, etc.    Yes ☒   No ☐
    (2) Second petition, etc.  Yes ☐   No ☐
    (3) Third petition, etc.   Yes ☐   No ☐

(e)  If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

12.  State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

    CAUTION: In order to proceed in the federal court you ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

AO241
UV682

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(I) Denial of effective assistance of counsel.
(J) Denial of right of appeal.

A. Ground one: See Answers at #9 of this document and #11 those claims that were cited therein which were exhausted on direct appeal and the claims which were exhausted on post conviction will be a part of this habeas.

Supporting FACTS: (tell your story briefly without citing cases or law):

CRITICAL NOTICE TO THE COURT AND LAW CLERKS:

Please be advised that in petitioner's diligence, he has acquired the transcription of his co-defendant's sworn testimony in his own criminal court proceedings whereby he exonerates petitioner as a complete non-participant in any crime along side him. He explained his hatred for petitioner and "why" he felt the need to seek revenge against petitioner. Because this exonerating evidence has not been exhausted, petitioner seeks a "Stay of All Proceedings in order to afford him an opportunity to Exhaust those claims so that he can comply with the mandated of Cullen v. Pinholster.

B. Ground two: All relevant evident will come forth alongside the evidence proving "ACTUAL INNOCENCE" once petitioner has exhausted it. Petitioner moves this Honorable Court Pursuant Holland v. Florida.

Supporting FACTS: (tell your story briefly without citing cases or law):

In Holland v. Florida, 130 S.Ct. 25, 49, 560 U.S. 631 (U.S. 2010), the United States Supreme Court has declared that protective Writs of Habeas Corpus are acceptable and a viable means of petitioner's meeting the tolling requirements in exceptional circumstances. Petitioner relies upon the uncontroverted testimonial evidence of his co-denfendant, which was found to be truthful in the case of: *State of Mississippi v. Gary Gilmore*, Cause No. B2301-2011-186B, before Honorable Roger T. Clark, Circuit Court Judge of Second Circuit Court District of Mississippi, Hancock County.

C. Ground three: Petitioner will have to request this this Honorable Court to take Judicial Notice of official court proceedings in another state (Mississippi) where his co-defendant declared under oath that he falsely identified petitioner.

Supporting FACTS: (tell your story briefly without citing cases or law):

LA. Code of Evidence and the Federal Code of Evidence allows this Honorable Court to take Judicial notice over

AO241
(Rev 5/82)

facts and evidence adjudicate in another state, which is both relevant, deemed reliable and critical to the fact finding process in the case currently before the court. Petitioner contends that any juror who would have heard his codefendant explain that he falsely identified petitioner as his co-perpetrator instead of his true co-perpetrator (Roderick Woods), Mr. Gilmore wanted petitioner to suffer (he blamed petitioner for his arrest & abortion of his child.)

D. Ground four:   See all answers provided above and please read them carefully.

Supporting FACTS: (tell your story briefly without citing cases or law):
See all answers provided above and please read them carefully.

E. Ground five:   See all answers provided above and please read them carefully.

Supporting FACTS: (tell your story briefly without citing cases or law):
See all answers provided above and please read them carefully.

13. If any of the grounds listed in 12 A, B, C, D, and E were not previously presented in any other court, state or federal, state briefly what grounds were not so presented, and give you reasons for not presenting them.
See all answers provided above and please read them carefully.

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
Yes ☐   No ☐

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing:   Racheal Yazbeck, 321 North Vermont St., Suite 202, Covington, La. 70433

(b) At arraignment and plea   Racheal Yazbeck, 321 North Vermont St., Suite 202, Covington, La. 70433

(6)

AO241
(Rev 6/82)

(c) At trial: Racheal Yazbeck, 321 North Vermont St., Suite 202, Covington, La. 70433

(d) At sentencing:: Racheal Yazbeck, 321 North Vermont St., Suite 202, Covington, La. 70433

(e) On Appeal: Frank Sloan, 948 Winona Dr., Mandeville, La. 70401

(f) In any post conviction proceeding: Gregory M. Thompson (29007) 4920 Canal Street, N.O., La. 70119

(g) On appeal from any adverse ruling in a post-conviction proceeding:
Gregory M. Thompson (29007) 4920 Canal Street, N.O., La. 70119

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?

   Yes ☐   No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?

   Yes ☐   No ☒

   (a) If so, give name and location of court which imposed sentence to be served in the future:
   Not Applicable

   (b) Give date and length of the above sentence: Not Applicable

   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?

   Yes ☐   No ☐

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

9-16-16
Date

_____
Signature of Petitioner

(7)

OFFENDER'S REQUEST FOR LEGAL / INDIGENT MAIL

NAME: Rolando R Waters

NUMBER: 536046

LOCATION: Hickory 4

BALANCE IN YOUR DRAWING ACCOUNT: $ _____

LIST EACH ITEM TO BE MAILED
GIVE THE NAME AND COMPLETE ADDRESS OF EACH
PIECE TO BE MAILED:                    * motions to

Supreme Court Clerk of Louisiana                Supplement
name                                            Pet. for Stay
400 Royal St., Suite 4200                       proceedings,
address                                         extensions
New Orleans, LA 70130-8102                      evidentiary
city, state, zip code                           into recon
                                                oaths
State of LA. Court of Appeal, First Circuit     E1-3
name                                            F1-3
1600 North Third St., P.O. Box 4408             G1-3
address
Baton Rouge, LA 70821
city, state, zip code
                                        Clerk of Court
Hon. Reginald T. Badeaux III / c/o Malise Prieto
name                                    Parish of St. Tam-
P.O. Box 1090                           - many
address
Covington, LA 70434-1090
city, state, zip code

                              Exh: G.3

ANY DELIBERATE MISREPRESENTATION WILL RESULT
IN YOUR MAIL BEING RETURNED

R. Waters 536046
offender's signature and number

_____          5-19-16
classification officer             date

# DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## CORRECTIONS SERVICES
### OFFENDER FUNDS WITHDRAWAL REQUEST

| DOC NUMBER | NAME: LAST NAME, FIRST NAME, INITIAL |
|---|---|
| 536046 | Waters, Roderick R |

| LIVING QUARTERS | DATE OF REQUEST | TOTAL AMOUNT |
|---|---|---|
| Hc-4 | MO. 5 / DAY 19 / YEAR 16 | $ 12.04 |

WRITTEN AMOUNT: _____ DOLLARS

**PAYEE:** *OFFENDER MUST ATTACH A STAMPED, ADDRESSED ENVELOPE FOR ALL OUTSIDE MAIL*

VENDOR NO.: _____
NAME: General Funds
ADDRESS: _____
CITY: _____ STATE: ____ ZIP: ____

OFFENDER SIGNATURE: R. Waters

REQUEST DENIED. REASON: _____

RIGHT THUMB PRINT | VERIFIED BY: _____
TITLE: _____
APPROVED BY: _____
TITLE: _____

| CODE | DRAWING ACCT |
|---|---|
| 73 | - State Supreme Court of LA. <br> - Court of Appeals, First Circuit <br> - St. Tammany Parish Clerk of Court <br> Motion to Supplemental Writs ... |
| 74 | Outside purchase <br> Family member <br> Educational courses <br> Outside bank savings acct# <br> Newspaper ad for clemency / pardon. <br> ✓ Other: mail mail |
| 79 | Court Cost - Civil action number |
| 94 | Savings Bond |

| CODE | SAVINGS ACCOUNT |
|---|---|
| 94 | Savings Bond |
| 79 | Court Cost - Civil action number |
| 82 | Educational courses |

| CODE | TRANSFERS - No check will be produced |
|---|---|
| 68T | Transfer from drawing account to savings. |

Note: Print name and address in the payee section to the right. Attach necessary documents including a stamped, self-addressed envelope for all outside mail.

DOC Form PF-30

10-A

CIB Form Revised 08-2003

OFFENDER'S REQUEST FOR LEGAL / INDIGENT MAIL

NAME: Rocaldo Wenters

NUMBER: 536046

LOCATION: Hickory 4, LSP

BALANCE IN YOUR DRAWING ACCOUNT: $ _____

LIST EACH ITEM TO BE MAILED
GIVE THE NAME AND COMPLETE ADDRESS OF EACH
PIECE TO BE MAILED:

name: LA. Supreme Court
address: 400 Royal Street
city, state, zip code: New Orleans, LA. 70130

"Status check" whether properly and timely filed, and whether court forward Motion for Stay, Order New DSI. Ev. into Record & Supplement to Remand.

name: _____
address: _____
city, state, zip code: _____

name: _____
address: _____
city, state, zip code: _____

ANY DELIBERATE MISREPRESENTATION WILL RESULT
IN YOUR MAIL BEING RETURNED

Rocaldo Wenters 536046
offender's signature and number

_____    7-28-16
classification officer            date

OFFENDER'S REQUEST FOR LEGAL / INDIGENT MAIL

NAME: Rolando Walters

NUMBER: 536046

LOCATION: Hickory 4

BALANCE IN YOUR DRAWING ACCOUNT: $ _____

LIST EACH ITEM TO BE MAILED
GIVE THE NAME AND COMPLETE ADDRESS OF EACH
PIECE TO BE MAILED:

Supreme Court State of Louisiana — c/o Chief Justice B. Johnson
name

400 Royal Street — Writ Pending whether
address    properly filed,

N.O. LA. 70130 — Motion to
city, state, zip code    Stay proceedings
    Motion to Suppl-
    ement and Amend
_____    PCR, Winter
name    Nasty Disc.
_____    and w/o
address    Record,
    Witnesses'
_____    Mail Slips
city, state, zip code

_____
name

_____
address

_____
city, state, zip code

ANY DELIBERATE MISREPRESENTATION WILL RESULT
IN YOUR MAIL BEING RETURNED

R. Walters 536046  8-30-16
offender's signature and number

[signature]    8-30-16
classification officer    date

```
                IN THE CIRCUIT COURT OF HANCOCK COUNTY, MISSISSIPPI


STATE OF MISSISSIPPI


VERSUS                              CAUSE NO. B2301-2011-186B


GARY GILMORE                                          DEFENDANT


==============================================================

Transcript of the proceedings had and done in the above
styled and numbered cause before the Honorable Roger T.
Clark, Circuit Court Judge of the Second Circuit Court
District of Mississippi, on June 4, 2013
==============================================================


APPEARANCES:
        Representing the State:
                MATTHEW BURRELL ESQUIRE
                Assistant District Attorney
                152 Main Street
                Second Floor
                Bay St. Louis, Mississippi  39520



        Representing the Defendant:
                BRIAN ALEXANDER, ESQUIRE
                220 Bookter Street
                Bay St. Louis, Mississippi  39520



        Reported By:
        Huey L. Bang, CSR #1147, RMR, CRR,
        Notary Public
        Official Court Reporter
```

## REPORTER'S CERTIFICATE

STATE OF MISSISSIPPI

COUNTY OF HANCOCK

I, HUEY L. BANG, CSR No. 1147, Official Court Reporter of the Second Circuit Court District of the State of Mississippi, do hereby certify that the above and foregoing twenty-six (26) pages contain a true and correct transcript of the matter taken by me in the hearing before the HONORABLE ROGER T. CLARK, Circuit Court Judge of the Second Circuit Court District of Mississippi, on June 4, 2013.

WITNESS MY SIGNATURE, this the 12th day of April, 2016.

_____

HUEY L. BANG

CERTIFIED SHORTHAND REPORTER #1147

OFFICIAL COURT REPORTER

# AFFIDAVIT

STATE OF TEXAS
COUNTY OF DALLAS

Personally appeared before me, the undersigned authority in and for the aforesaid jurisdiction, Brian B. Alexander, Esq., who being by me first duly sworn, stated on his oaths as follows:

That Affiant is an attorney duly certified to practice law in the States of Mississippi and Texas. That Affiant previously represented an individual named Gary Gilmore in Hancock County Mississippi Circuit Court on an armed robbery charge arising out of an incident in Bay St. Louis, Mississippi on or about December 21, 2009. That an individual named Rocarldo Weiters was a co-defendant with Mr. Gilmore in said December 21, 2009 armed robbery. That during said representation and in consultations with Mr. Gilmore, Mr. Gilmore advised Affiant that he had also been charged jointly as a co-defendant with Mr. Weiters on an armed robbery charge in Slidell, Louisiana arising out of an incident on or about January 7, 2010. Your Affiant hereby further avers that although the Louisiana incident date referenced above occurred after the Mississippi incident for which I represented Mr. Gilmore, Gilmore and Weiters had already dealt with their Louisiana charges with Gilmore admitting his guilt to same in a plea bargain and Weiters going to trial and being convicted. Further, Mr. Gilmore repeatedly articulated to Affiant that he alone was responsible for the January 7, 2010 Slidell, LA armed robbery and that Rocarldo Weiters had had no warning or foreknowledge that he (Gilmore) was going to commit same nor did Weiters even know that Gilmore possessed a gun or weapon. Additionally, Mr. Gilmore repeatedly advised Affiant that had he been called to testify in trial by Weiters' Louisiana attorney, he would have truthfully and credibly testified to same. Finally, Gilmore advised that at his plea hearing he was not required or allowed to testify to what transpired during his solo commission of said January 7, 2010 or he would have stated under oath the foregoing statements and would have truthfully and thoroughly exculpated Mr. Weiters from said Louisiana charge.

_____
BRIAN B. ALEXANDER

SWORN to and subscribed before me, the 15th day of January, 2014.

_____
NOTARY PUBLIC

My commission expires: 3/18/2016

DEBORAH R. NEELY
Notary Public, State of Texas
My Commission Expires
March 18, 2016

Affidavit

In Relation to the 2010 Armed Robbery of Grumpy's Convenience Store in Slidell, LA:

1) I, Gary Gilmore, never At Anytime Implicated MR. weithers in the crime charged.

2) MR. weithers And I did not plan this Robbery together. And MR weithers never Assisted in Any crime.

3) I, Gary Gilmore, did not At Anytime recieve A weapon (Specifically) A fire Arm from MR. weithers to commit the said charge.

4) And, MR. weithers And I did not commit this Robbery together.

Gary Gilmore
Respectfully
Submitted

Deborah Whittle
12th day of September 2012

[Notary Seal: STATE OF MISSISSIPPI, DEBORAH S. WHITTLE, ID NO. 90318, Commission Expires 07/20/2016, NOTARY PUBLIC, HANCOCK COUNTY]

## Sworn Affidavit

In relation to the 2010 Armed Robbery of the Grumpys Convience Store in Slidell, LA. I (Gary Gilmore) Am soley responsible. I committed this robbery on my own, it was a spur of the moment decision that I made. And Mr. Rocarldo weiters did not have any knowledge of my intent to commit this robbery.

I am responsible for the weapon involved. I personally secured and concealed the firearm used. And I kept it hidden and away from Mr. weiters attention. There was never a plan in place prior to this robbery being committed. And Mr. weiters had nothing to do with it.

Mr. weiters is innocent and has been wrongfully convicted being that I am the only person that should be held accountable for my actions. This is a sworn affidavit, nothing has been offered to me, And I was not threatened, forced, or coerced in anyway for this affidavit.

Gary Gilmore

Respectfully,
Gary Gilmore

Sworn to and subscribed before me on this the 29th day of November, 2012.

Deborah S. Whittle
Notary Public

[Notary Seal: STATE OF MISSISSIPPI, DEBORAH S. WHITTLE, ID NO. 90318, Commission Expires 07/20/2016, NOTARY PUBLIC, HANCOCK COUNTY]

Letter of Affidavit

Name: Gary A Gilmore
D.O.C. 495981

9-6-2012

I Gary Gilmore Lied when I was questioned by Missippi Detectives in 2010 at The ST. Tammany parish jail. MR. weithers and I did not commit A Robbery together, and I only implicated MR. weithers in A Robbery out of spite. I was upset and unstable at the time, And off the record missippi detectives expressed their willingness to be Lenet towards me had I blamed MR. weithers for the crime. I only used Information that detectives had given me to use against MR. weithers. I Am Truly Sorry for letting my anger towards MR. weithers come into such A serious matter. had I would known the trouble I've caused by lying about such A Serious matter I would have told the truth from the Start.

In Kindest
regaureds
Gary A. Gilmor
*Gary Gilmore*

[Notary seal: STATE OF MISSISSIPPI, DEBORAH S. WHITTLE, ID NO. 90318, Commission Expires 07/20/2015, NOTARY PUBLIC, HANCOCK COUNTY]

*Deborah S Whittle*
12th day of September, 2012

Dear Sir/Madame,

My name is Gary Gilmore, A Louisiana State prisoner currently being held as a pre-trial detainee at the Hancock County Public Safety Complex in Bay St. Louis MS. I'm already responsible for getting an innocent man 44 1/2 yrs. in prison, and unless something is done immediately this man will recieve another life sentence in this State of Mississippi for a crime he did not commit.

Approximately 2 yrs ago Investigators from the State of Mississippi came to me as a person of intrest for an armed robbery that had been committed. These detectives provided me with a story and more than enough information to convict a man if they had a suspect; well I gave them a suspect. The investigators interviewing me at the time made it clear that even if I had implicated myself in their crime, I could not be charged as long as I gave them Mr. Roscoe Weiters. Well, I did give them Mr. Weiters, and even went as far as having my Ex-Girl-friend lie on my behalf to potentially convict Mr. Weiters again.

The reason I am informing you of this is because no one else understands or cares that for personal gain and personal feelings an innocent man will probubly be incarcerated for the rest of his life. I also want Mr. Weiters, his family, and his children to know how truly sorry I am, and for the world to know that authorities and public figures in Southern MS. and Louisiana don't care that an innocent person is being victimized and murdered by their system. I hope and pray that the readers of this letter will act upon the truth by helping me free Mr. Weiters from my lies, or by assisting his family in securing his freedom.

Sincerely,
Gary R. Gilmore

Sworn to and subscribed before me on this the 11th day of October, 2012
Deborah Whittle

[Notary Seal: STATE OF MISSISSIPPI, DEBORAH S. WHITTLE, ID NO. 80316, Commission Expires 07/20/2016, NOTARY PUBLIC, HANCOCK COUNTY]

Dear Editor,

My name is Gary Gilmore, and I am of sound mine and body. I fully understand that what I say can be published and that any of our correspondence is subject to be subpoenaed by the courts. I am aware that individual claims of jail hardships will not be entertained unless a lawsuit has been filed, and that you can only send a correspondent to this facility if their on my visitation list.

This is a claim of police corruption. I have proof of any allegations I make, and all of my accusations can be supported on a factual basis based on documentation in my possession.

I'm a Louisiana State prisoner currently being held at the Hancock County Public Safety Complex in Bay St. Louis MS. I'm already responsible for getting an innocent man 44½ yrs. in prison, and unless someone takes notice immediately this man will recieve another life sentence for a crime he didn't commit. I'm willing to answer any questions, and go further into detail if someone is willing to speak to me. All I desire is for the truth to be known and to clear my conscience of any guilt. I am responsible for all this and I have facts.

Sincerly,
Gary R. Gilmore

Sworn to and subscribed before me on this, the 11th day of October, 2012

Deborah Whittle
Notary Public

# PETITION UNDER 28 USC § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

(If petitioner is attacking a judgment which imposed a sentence to be served in the future, petitioner must fill in the name of the state where the judgment was entered. If petitioner has a sentence to be served in the future under a federal judgment which he wishes to attack, he should file a motion under 28 U.S.C. § 2255, in the federal court which entered the judgment.)

## PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

*Instructions-Read Carefully*

(1) This petition must be legibly handwritten or typewritten, and signed by the petitioner under penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

(2) Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

(3) Upon receipt of a fee of $5 your petition will be filed if it is in proper order.

(4) If you do not have the necessary funds for transcripts, counsel, appeal, and other costs connected with a motion of this type, you may request permission to proceed *in forma pauperis*, in which event you must execute form DC 12, setting forth information establishing your inability to pay the costs. If you wish to proceed *in forma pauperis*, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution. If your personal account exceeds $_____, you must pay the filing fee as required by the rule of the district court.

(5) Only judgments entered by one court may be challenged in a single petition. If you seek to challenge judgments entered by different courts either in the same state or in different states, you must file separate petitions as to each court.

(6) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the petition you file seeking relief from any judgment of conviction.

(7) When the petition is fully completed, the original and at least two copies must be mailed to the Clerk of the United States District Court whose address is

(8) Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.