UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROCARLDO WEITERS | CIVIL ACTION |
| VERSUS | NO. 16-14945 |
| DARRYL VANNOY | SECTION "N"(4) |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections and supplemental objections to the Magistrate Judge's Report and Recommendation filed by the petitioner on July 24, 2017 and July 25, 2017 (Rec. Doc. Nos. 23 and 24), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Rocarldo Wieters' motion for a stay and abeyance of petitioner's federal habeas corpus proceedings (Rec. Doc. No. 25) is **DENIED**.

**IT IS FURTHER ORDERED** that Rocarldo Weiters' petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 8th day of August, 2017.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE